## Commonwealth v. Parks, Appellant.

Argued March 21, 1969.
*A. Benjamin Johnson, Jr.,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Perschka, Appellant.

Submitted April 14, 1969. *Warren R. Keck, III,* and *Voorhies, Dilley, Keck, Rowley & Wallace,* for appellant; *Robert F. Banks,* Assistant District Attorney, and *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Order and judgment affirmed.